July 10, 1975.

## Baker, Appellant, *v.* Rhodes.

order by CAVANAUGH, J. Submitted March 17, 1975. *Stuart Kaufman,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

## Commonwealth *v.* Agnes, Appellant.

Submitted December 6, 1974. *Allan M. Dabrow,* and *Shein & Brookman,* for appellant; *Carolyn Engel Temin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Allen, Appellant.

Submitted March 17, 1975. *Kalvin Kahn,* for appellant;